**ORIGINAL**

**FILED**

DEC 3 0 2013

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| BANNUM, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 13-1027C |
| THE UNITED STATES, | ) (Judge _____) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Pursuant to Appendix C (III) of the Rules of the Court of Federal Claims, Plaintiff, Bannum, Inc. ("Bannum"), respectfully submits this Motion for Leave to File its Complaint under seal, and states as follows:

Plaintiff is filing simultaneously herewith its Complaint for Declaratory and Injunctive Relief, wherein its seeks to enjoin the performance of a contract awarded to Alston Wilkes Society by the United States Department of Justice, Federal Bureau of Prisons ("BOP") for the operation of a Residential Reentry Center ("RRC") in the Columbia, South Carolina pursuant to Request for Proposals ("RFP") No. 200-1198-SE ("RFP") dated January 24, 2013. This Motion is being filed out of an abundance of caution because a Protective Order was issued by the GAO in the previously filed GAO protest (B-408774). Further, Plaintiff does not believe that there is any proprietary or confidential information in the subject Complaint that requires redaction before filing.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that the Court file Plaintiff's Complaint under seal in this matter. Despite the sealed filing, Plaintiff does not feel it necessary to provide a copy of a proposed redacted Complaint for release to the public.

Dated: December 27, 2013

Respectfully submitted,

_____
Joseph A. Camardo, Jr.
Camardo Law Firm, P.C.
127 Genesee Street
Auburn, New York 13021
Tel:  315-252-3846
Fax:  315-252-3508
Email: joecamardo@camardo.com

Attorneys for Plaintiff